UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEON ARNOLD,<br>Plaintiff,<br>v.<br>DAVID STEINER, et al.,<br>Defendants. | Case No. 4:26-cv-11167-KAW<br>**ORDER DENYING PLAINTIFF'S REQUEST FOR INTRADISTRICT TRANSFER**<br>Re: Dkt. No. 12 |

On November 5, 2026, Plaintiff filed a request to transfer this civil matter to the San Francisco Division pursuant to Civil Local Rule 3-2(c) "because the incident occurred entirely in [S]an [F]rancisco…." (Mot., Dkt. No. 12 at 1.)

Plaintiff's request is DENIED, because Civil Local Rule 3-2(d) provides an exception to that rule. That subsection states that: "Except as provided in Civil L.R. 3-2(c), all civil actions that arise in the counties of Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division." Civil L.R. 3-2(d). Thus, Plaintiff's lawsuit is properly venued in the Oakland Division.

IT IS SO ORDERED.

Dated: November 18, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California